1154

No. 96–7404. COLEMAN v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7426. MOSELEY v. NORTH CAROLINA. Super. Ct. N. C., Stokes County. Certiorari denied.

No. 96–7427. ANTONELLI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7436. BRANCATO v. GRADY. C. A. 8th Cir. Certiorari denied.

No. 96–7452. MOORE ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7469. HUSSKE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–7512. RUPERT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7529. LENNARTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7530. CASTILLO REYES v. MANUEL SOLLOSO ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–7570. FOSTER v. UNITED STATES MARSHALS SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 96–7586. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7587. RUSSELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7594. OGUGUO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7596. SCHNEIDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7600. MORRISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.